1 | TED W. CASSMAN
ARGUEDAS, CASSMAN & HEADLEY, LLP
2 | 803 Hearst Avenue
Berkeley, CA 94710
3 | Telephone: (510) 845-3000

4 | Attorneys for Defendant
LIPING JOHNNY LIN

5

6

7

8

9 | IN THE DISTRICT COURT OF THE UNITED STATES

10 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 | OAKLAND DIVISION

12

13 | UNITED STATES OF AMERICA,                No. CR 10-00821 CW

14 |            Defendant,               STIPULATION TO CONTINUE
                                        THE SENTENCING HEARING
15 | vs.

16 |  LIPING JOHNNY LIN,

17 |            Respondent/Plaintiff

18 | _____/

19 |            It is hereby stipulated by and between the parties of record that the

20 | sentencing date in the above-referenced matter should be continued from March 23,

21 | 2011 to May 4, 2011 at 2:30 p.m.  It is further stipulated that there is good cause for

22 | said continuance to accommodate conflicts arising from counsels' personal and trial

23 | schedules and to permit counsel to confer concerning potential objections to the draft

24 | pre-sentence report.  The probation officer concurs in the continuance.

25 | //

26 | //

Dated: February 24, 2011

_____/s/_____
TED W. CASSMAN,
Attorney for Defendant
LIPING JOHNNY LIN

Dated: February 24, 2011

_____/s/_____
RHYNE M. WADE,
Assistant United States Attorney

ORDER

Pursuant to the parties' stipulation, it is so ORDERED.

Dated: March 1, 2011

_____
CLAUDIA WILKEN,
U.S. District Court Judge